### 13292.   HUFF v. THE STATE.

BROYLES, C. J.   1. The exceptions to the charge of the court, when considered in the light of the entire charge and the particular facts of this case, are without substantial merit.

2. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 11, 1922.

Indictment for opprobrious words; from Warren superior court — Judge Shurley.   January 12, 1922.

*L. D. McGregor,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.